UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOE,

    Plaintiff,

v.

                                          Case No. 1:21-cv-870

MICHIGAN STATE UNIVERSITY,        Hon. Hala Y. Jarbou

    Defendant.
_____/

## ORDER

On October 14, 2021, the Court denied Plaintiff's request to proceed anonymously in this action and directed him to file an amended complaint in his full name by October 21, 2021. Plaintiff now asks for an extension of time to file his amended complaint so that he can wait for the results of a hearing at Michigan State University in mid-November (ECF No. 9). Alternatively, if the Court denies his request, he submits that he is providing notice of voluntary dismissal under Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure.

Plaintiff's anonymous motion for an extension of time does not address the Court's concerns regarding the need for open judicial proceedings. If and when Plaintiff is prepared to proceed under his own name, he can do so by filing a new complaint. Accordingly,

**IT IS ORDERED** that Plaintiff's motion to extend time to file an amended complaint (ECF No. 9) is **DENIED**.

A judgment will enter dismissing the case without prejudice.

Dated:   October 22, 2021                    /s/ Hala Y. Jarbou
                                                        HALA Y. JARBOU
                                                        UNITED STATES DISTRICT JUDGE