UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOE,

    Plaintiff,

v.

    Case No. 1:21-cv-870

    Hon. Hala Y. Jarbou

MICHIGAN STATE UNIVERSITY,

    Defendant.

_____/

## JUDGMENT

In accordance with the order entered this date:

**IT IS ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE**.


Dated: October 22, 2021

/s/ Hala Y. Jarbou
HALA Y. JARBOU
UNITED STATES DISTRICT JUDGE